IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CR No. 17-21J |
| | : | |
| vs. | : | |
| | : | |
| JOHN H. JOHNSON | : | |
| Defendant | : | |

HEARING ON:  Waiver/Plea – Information on 6/22/2017
Before Judge  KIM R. GIBSON

| | |
|---|---|
| Stephanie L. Haines, AUSA | John P. Pierce, Esquire |
| Appear for Plaintiff | Appear for Defendant |
| Hearing began:  10:44 a.m. | Hearing concluded:  12:00 p.m. |
| Courtroom Deputy: Debbie Gorgone | Stenographer:  Kimberly Spangler |

Defendant sworn.  Defendant wishes to waive his right to an Indictment by a Grand Jury and plead guilty to Count One of the Information.  Defendant and Attorney Pierce executed the Waiver of Indictment form and the Judge accepted the Waiver and executed the same.  There is a Plea Agreement in this case.  The Court accepted the Plea Agreement.  Jury trial rights and maximum penalties given.  The Defendant and Attorney Pierce executed the plea form and Defendant was adjudged guilty of Count One of the Information.  Sentencing is set for June 30, 2017, at 11:00 a.m.  As to the issue of detention pending sentencing, the Government did not oppose Defendant's release on his previously executed bond at CR 15-21J.  Accordingly, the Defendant shall remain free on bond with the same conditions as in CR 15-21J.